IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 15-cv-00178-RM-CBS

CORY BEERS,

    Plaintiff,

v.

CITY OF FEDERAL HEIGHTS and
CHIEF SEAN ELLIS,

    Defendants.

___

**ORDER OF DISMISSAL AS TO DEFENDANT SEAN ELLIS**
___

    This matter is before the Court on Plaintiffs' Unopposed Motion to Dismiss, With Prejudice, Claims Against Sean Ellis (ECF No. 17).  Upon consideration of the Motion, the file, and the applicable rules, and being otherwise fully advised, it is

    **ORDERED** that Plaintiff's Motion (ECF No. 17) is hereby **GRANTED**.  Pursuant to Fed. R. Civ. P. 41(a), the Plaintiff's claims and complaint as against Defendant Sean Ellis only are hereby **DISMISSED WITH PREJUDICE**, with each party to bear his, her, or its own costs.  Defendant City of Federal Heights remains in the case; and it is

    **FURTHER ORDERED** that Defendant Sean Ellis's name shall be removed from the caption in all future filings with the Court.

    DATED this 13th day of July, 2015.

                                  BY THE COURT:

                                  RAYMOND P. MOORE
                                  United States District Judge