# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 15-cv-000178-RM-CBS

CORY BEERS,

    Plaintiff,

v.

CITY OF FEDERAL HEIGHTS,

    Defendant.

---

**ORDER CONFIRMING STIPULATED DISMISSAL WITH PREJUDICE**

---

This matter comes before the Court on the Stipulated Dismissal, With Prejudice, of the City (ECF No. 19) and the Court being fully advised of the matters set forth therein, DOES HEREBY confirm the dismissal of all claims against the City of Federal Heights, with prejudice, each party to pay their own costs and attorney's fees. By issuing this Order, this case is resolved in its entirety because of a prior dismissal of all claims against Defendant Sean Ellis. As such, the Court hereby closes this case and vacates all pending court conferences and deadlines.

DATED this 17th day of July, 2015.

                                                  BY THE COURT:

                                                  _____
                                                  RAYMOND P. MOORE
                                                  United States District Judge